G. ADAM MILLER, JR., Respondent, *v.* MARTIN CAVANA et al., Appellants.

*Miller* v. *Cavana*, 177 App. Div. 951, affirmed.

(Argued March 12, 1918; decided March 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department entered April 25, 1917, *unanimously* affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. Said judgment restrained defendants and all persons assuming to be officers or *de facto* officers of the alleged municipality formerly known as " The Area or Territory of Sylvan Beach " from assessing, levying or attempting to collect taxes in said territory. The action was brought by the plaintiff in behalf of himself and upwards of sixty other taxpayers affected,

to have said assessments and levies declared void on the ground that the acts of the legislature which created the municipality known as " The Area or Territory of Sylvan Beach " were unconstitutional, null and void, having been so held and decided by the Court of Appeals of the state of New York in the case of *People ex rel. Hon Yost* v. *Becker* (203 N. Y. 201), and the complaint, among other things, asked to have declared unconstitutional, null and void chapter 272 of the Laws of 1915, which act was intended to revive this alleged municipal corporation, into a *de facto* corporation and to make its officers *de facto* officers and give them power to assess, levy and collect taxes upon the taxable persons and property within the territory in question for the purpose of paying up certain bonds, which had been issued by said alleged municipal corporation before the rendition of the said decision by the Court of Appeals.

*E. L. Hunt* for appellants.

*John D. McMahon* and *Whiteside Hill* for respondent.

Judgment affirmed, with costs, on the ground that chapter 272 of the Laws of 1915, so far as it attempts to confer municipal powers on the area or territory of Sylvan Beach is unconstitutional (*People ex rel. Hon Yost* v. *Becker*, 203 N. Y. 201); no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, MCLAUGHLIN and ANDREWS, JJ.